ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――X
NORMA BALDUCCI                              Index No. 07 Civ 3668 (WCC)
                                            ECF CASE
                    Plaintiff,              **CONSENT TO**
                                            **CHANGE ATTORNEY**
         -against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.,

                    Defendants.
――――――――――――――――――――――――X

**IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue, New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January 22, 2008
       New York, New York

                                            _____
                                            Todd J. Krouner

                                            _____
                                            Kreindler & Kreindler LLP
                                            By: Paul S. Edelman

                                            _____
                                            Norma Balducci

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

STATE OF New York    )
                     ) ss.:
COUNTY OF Westchester )

On the 22 day of January, 2008, before me personally came Norma Balducci to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she executed the same.

SO ORDERED.
_____
William C. Conner                           _____
WILLIAM C. CONNER,                          Notary Public
Senior U.S.D.J.
Feb. 1, 2008

JUSTIN T. REGAN
Notary Public, State of New York
No. 01RE4888999
Qualified in Westchester County
Commission Expires April 6, 2011

COPIES MAILED TO COUNSEL OF RECORD 2/1/08