```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH BURBAGE,                                          :
                                                            :
                          Plaintiff,                        :        Case No. CV 07 37665
                                                            :           and Twenty-Seven
             - against -                                    :           Related Actions
                                                            :            (WCC)(GAY)
LOUIS PUBLIC COMPANY LIMITED and GROUP                      :
VOYAGERS, INC.,                                             :        **Affidavit of Service**
                          Defendants.                       :
------------------------------------------------------------x
NORMA BALDUCCI,                                             :
                                                            :
                          Plaintiff,                        :        Case No. 07 Civ. 3668 (WCC)
                                                            :
             -against-                                      :
                                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP                      :
VOYAGERS, INC.,                                             :
                                                            :
                          Defendants.                       :
------------------------------------------------------------x
LORRAINE CARPINO,                                           :
                                                            :
                          Plaintiff,                        :        Case No. 07 Civ. 6977 (WCC)
                                                            :
             -against-                                      :
                                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP                      :
VOYAGERS, INC.,                                             :
                                                            :
                          Defendants.                       :
------------------------------------------------------------x
PATRICIA DeASTIS                                            :
                                                            :
                          Plaintiff,                        :        Case No. 07 Civ. 3681 (WCC)
             -against-                                      :
                                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP                      :
VOYAGERS, INC.,                                             :
                                                            :
                          Defendants.                       :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
ANN HORRIGAN,                                              :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 3677 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LAURA KOSSOW,                                              :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 4638 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LUCY VITALIANO,                                            :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 6979 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
```

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF NEW YORK         )

*Genie Masterson*, being duly sworn, deposes and says that I am not a party to this action, is over 18 years of age, and resides in *Hicksville*, New York. That on the 26th day of February, 2008 I served a copy of ***Plaintiff's Supplemental Memorandum of Law & Affidavit of Paul S. Edelman*** upon:

> Michael E. Unger, Esq.
> Freehill, Hogan & Maher LLP
> Attorneys for Louis P.C.L.
> 80 Pine Street
> New York, NY 10005-1750

Joseph J. Ortego, Esq.
Scott P. Eisenberg, Esq.
Nixon Peabody, LLP
Attorneys for Group Voyagers, Inc.
50 Jericho Quadrangle, Ste. 300
Jericho, NY 11753

Maltman Forman PA
Attorneys/Counsel for Louis P.C.L.
2 So. Biscayne Blvd., Ste 2300
Miami, FL 33131

Todd J. Krouner, Esq.
93 No. Greeley Avenue
Chappaqua, NY 10514

by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____

Sworn to before me this
26th day of February 2008

_____
Notary Public

PAUL S. EDELMAN
Notary Public, State of New York
No. 02ED4912574
Qualified in Westchester County
Commission Expires February 8, 2009