Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney III
Daniel O. Rose

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
John J. Veth*°
   Counsel

# KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan D. Bainnson
William O. Angelley
Michael R. Sherwin
Hilary B. Taylor
Elizabeth Crotty
Megan Benett

**California Office**
Gretchen M. Nelson*
Stuart R. Fraenkel*
Mark I. Labaton*

Gabriel Barenfeld*

**Massachusetts Office**
Anthony Tarricone+

Susan A. Friery, M.D.°
James D. Gotz+
Joseph P. Musacchio+

*Admitted in CA only
+Admitted in MA only
°Admitted in MA & DC only
°Resident in CA office

June 10, 2008

Hon. William C. Conner
U.S. Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Balducci - 07 Civ 3668 (WCC)
    Horrigan - 07 Civ. 3677 (WCC)
    DeAstis - 07 Civ. 3681 (WCC)
    Kossow - 07 Civ. 4038 (WCC)
    Carpino - 07 Civ. 6977 (WCC)
    Vitaliano - 07 Civ. 6969 (WCC)
            v.
    Louis Public Co., Ltd., and Group
    Voyagers, Inc.

Dear Judge Conner:

I am pleased to report that a settlement has been reached with Louis Public Co., Ltd., and related companies and Group Voyagers, Inc. Stipulations of Discontinuance are being prepared and settlement agreements are being executed.

It will not be necessary to continue the litigation, specifically the pending motion to dismiss by defendant Group Voyagers, Inc.

Hon. William C. Conner
Page 2

    Thank you for your diligence in this matter.

                                Respectfully,

                                KREINDLER & KREINDLER LLP

                                By: Paul S. Edelman

PSE:llp

cc: Freehill, Hogan & Maher
    Attn: Michael E. Unger

    Nixon, Peabody, LLP

    Maltzman Foreman, P.A.
    2 South Biscayne Blvd, Ste. 2300
    Miami, FL 33131

221662
v1